Annick M. Persinger (State Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
*apersinger@tzlegal.com*

Hassan A. Zavareei (State Bar No. 181547)
Gemma Seidita (State Bar No. 322201)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Ave NW, Suite 1010
Washington, DC 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
*hzavareei@tzlegal.com*
*gseidita@tzlegal.com*

*Attorneys for Plaintiff and the Putative Class*

Walter F. Brown (State Bar No. 130248)
Meredith R. Dearborn (State Bar No. 268312)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, California 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
*wbrown@paulweiss.com*
*mdearborn@paulweiss.com*

Melissa Felder Zappala (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
*mzappala@paulweiss.com*

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SARA ISGUR, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:24-cv-06559-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>Judge: Hon. William H. Orrick |

1  Pursuant to Civil L.R. 6-1, 6-2, and 7-12, Defendant Meta Platforms, Inc. ("Meta") and
2  Plaintiff Sara Isgur respectfully submit the following stipulation:

3  **STIPULATION**

4  WHEREAS, on September 18, 2024, Plaintiff Sara Isgur filed the above captioned complaint
5  (*see* ECF No. 1);

6  WHEREAS, on October 9, 2024, the parties filed a Joint Stipulation extending the time for
7  Meta to answer or otherwise respond to the Complaint from October 11, 2024 to November 19, 2024
8  (*see* ECF No. 15);

9  WHEREAS, on November 13, 2024, the parties filed a Joint Stipulation to stay discovery and
10 continue the initial case management conference pending resolution of Meta's then forthcoming
11 motion to dismiss Plaintiff's complaint (*see* ECF No. 20), which the Court entered on November 14,
12 2024 (*see* ECF No. 21);

13 WHEREAS, on November 19, 2024, Meta filed a motion to dismiss Plaintiff's complaint (*see*
14 ECF No. 22);

15 WHEREAS, pursuant to Civil L.R. 7-3(a) and 7-3(c), Plaintiff's opposition to Defendant's
16 motion to dismiss will be due on December 3, 2024, and Defendant's reply in support of its motion
17 to dismiss will be due on December 10, 2024;

18 WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(1)(B), Plaintiff's deadline to amend her
19 complaint is December 10, 2024;

20 WHEREAS, the parties agreed to extend the time for Plaintiff to either oppose Defendant's
21 motion to dismiss or to amend her complaint;

22 WHEREAS, the parties agree that Defendant's motion to dismiss is not vacated until after
23 Plaintiff amends her complaint;

24 WHEREAS, pursuant to Civil L.R. 6-1(b), given the complexity of the issues raised in
25 Defendant's motion, the parties agree that good cause exists to set a briefing schedule to ensure that
26 the parties have the opportunity to address the issues raised by Defendant in its motion, while also
27 taking into account recent leave by lawyers in the litigation as well as pre-planned holiday travel in
28

December;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE** as follows:

1. Plaintiff shall either file her opposition to Defendant's motion to dismiss or amend her complaint by January 21, 2025.

2. If Plaintiff chooses to oppose Defendant's motion to dismiss, Defendant shall file its reply in support of its motion to dismiss by February 20, 2025.

Date: November 25, 2024

Respectfully submitted,

*/s/ Annick M. Persinger*
Annick M. Persinger (State Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
apersinger@tzlegal.com

Hassan A. Zavareei (State Bar No. 181547)
Gemma Seidita (State Bar No. 322201)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Ave NW, Suite 1010
Washington, DC 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com
gseidita@tzlegal.com

*Attorneys for Plaintiff and the Putative Class*

*/s/ Walter F. Brown*
Walter F. Brown (State Bar No. 130248)
Meredith R. Dearborn (State Bar No. 268312)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, California 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
wbrown@paulweiss.com
mdearborn@paulweiss.com

Melissa Felder Zappala (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
mzappala@paulweiss.com

*Attorneys for Defendant*

3

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS
CASE NO. 3:24-CV-06559-WHO

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

2     1.    Plaintiff shall either file her opposition to Defendant's motion to dismiss or amend her complaint by January 21, 2025.

4     2.    If Plaintiff chooses to oppose Defendant's motion to dismiss, Defendant shall file its reply in support of its motion to dismiss by February 20, 2025.

DATED: November 26, 2024



HON. WILLIAM H. ORRICK
United States District Judge

4

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS
CASE NO. 3:24-CV-06559-WHO

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), Annick M. Persinger herby attests that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: November 25, 2024                    /s/ *Annick M. Persinger*
                                            Annick M. Persinger

5

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS
CASE NO. 3:24-CV-06559-WHO