Walter F. Brown (SBN: 130248)
wbrown@paulweiss.com
Meredith R. Dearborn (SBN: 268312)
mdearborn@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

Melissa Felder Zappala (*pro hac vice*)
mzappala@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington DC, 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

*Attorneys for Defendant Meta Platforms, Inc.*

Annick M. Persinger (SBN: 272996)
apersinger@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950

Hassan A. Zavareei (SBN: 181547)
hzavareei@tzlegal.com
Gemma Seidita (SBN: 322201)
gseidita@tzlegal.com
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

*Attorneys for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARA ISGUR, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:24-cv-06559-WHO<br><br>**STIPULATION REQUESTING ORDER CHANGING TIME ON BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS** |

1  Pursuant to Civil L.R. 6-1, 6-2, and 7-12, Defendant Meta Platforms, Inc. ("Meta") and Plaintiff
2  Sara Isgur ("Plaintiff") respectfully submit the following stipulation requesting an order extending the
3  time on the briefing schedule for Meta's forthcoming motion to dismiss Plaintiff's amended complaint.

**STIPULATION**

WHEREAS, on September 18, 2024, Plaintiff initiated this action by filing a class action complaint against Meta (the "Original Complaint"). (Dkt. No. 1.)

WHEREAS, on October 9, 2024, the parties stipulated to extend Meta's time to answer or otherwise respond to the Original Complaint from October 11, 2024 to November 19, 2024. (Dkt. No. 15.)

WHEREAS, on November 13, 2024, the parties filed a joint stipulation to stay discovery and continue the initial case management conference pending resolution of Meta's then-forthcoming motion to dismiss, which the court entered on November 14, 2024. (Dkt. Nos. 20, 21.)

WHEREAS, on November 19, 2024, consistent with the parties' stipulated briefing schedule (Dkt. No. 15), Meta filed a motion to dismiss the Original Complaint. (Dkt. No. 22.)

WHEREAS, on January 21, 2025, consistent with the parties' stipulated briefing schedule (Dkt. No. 24, 25), Plaintiff filed an amended class action complaint (the "Amended Complaint"). (Dkt. No. 27.)

WHEREAS, pursuant to the current agreed schedule (Dkt. Nos. 29, 30.), Meta's deadline to respond to the Amended Complaint is this Monday, March 24, 2025;

WHEREAS, Plaintiff notified Meta on March 20, 2025 that Plaintiff may seek to amend her Complaint a second time to bring in additional clients who recently retained Plaintiff's counsel, and Plaintiff seeks additional time to confer with Meta regarding this possibility, including whether there will be motion practice;

WHEREAS, Plaintiff requested, and Meta does not oppose, an extension of time for Meta to file its anticipated motion to dismiss the Amended Complaint, Plaintiff to file her opposition, and Meta to file its reply;

WHEREAS, pursuant to Civil L.R. 6-1(a), a Court order is not normally required to extend a defendant's deadline to respond to the Complaint. However, given that this stipulation would impact the briefing schedule previously requested by the Parties and entered by the Court, the Parties request that the Court enter an order pursuant to Civil L.R. 6-1(b).

WHEREAS, pursuant to Civil L.R. 6-1(b), good causes exists to extend the briefing schedule on Meta's forthcoming motion to dismiss because of the possibility that this motion may be mooted if Plaintiff files a Second Amended Complaint;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE** as follows:

1. To allow the Parties to confer regarding these issues, Plaintiff requests, and Meta does not oppose Plaintiff's request, to extend Meta's deadline to respond to the First Amended Complaint to May 19, 2025.

2. Plaintiff shall file her opposition to Meta's anticipated motion to dismiss the First Amended Complaint on or before July 18, 2025.

3. Meta shall file its reply in support of its motion to dismiss the First Amended Complaint on or before August 18, 2025.

Dated: March 22, 2025                                    Respectfully submitted,

/s/ Walter F. Brown
Walter F. Brown (SBN: 130248)
wbrown@paulweiss.com
Meredith R. Dearborn (SBN: 268312)
mdearborn@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

Melissa Felder Zappala (*pro hac vice*)
mzappala@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW

/s/ Annick M. Persinger
Annick M. Persinger (SBN: 272996)
apersinger@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950

Hassan A. Zavareei (SBN: 181547)
hzavareei@tzlegal.com
Gemma Seidita (SBN: 322201)
gseidita@tzlegal.com
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900

Washington DC, 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

*Attorneys for Defendant Meta Platforms, Inc.*

Facsimile: (202) 973-0950

*Attorneys for Plaintiff and the Putative Class*

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, as modified below, IT IS SO ORDERED:**

1. To allow the Parties to confer regarding these issues, the Parties agree to extend Meta's deadline to respond to the First Amended Complaint to May 19, 2025.

2. Plaintiff shall file her opposition to Meta's anticipated motion to dismiss the First Amended Complaint on or before July 18, 2025.

3. Meta shall file its reply in support of its motion to dismiss the First Amended Complaint on or before August 18, 2025.

4. **The hearing on the motion will be held on September 3, 2025, at 2:00 p.m**.

DATED: March 24, 2025

_____
HON. WILLIAM H. ORRICK III
United States District Judge

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), Annick M. Persinger herby attests that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: March 22, 2025                    /s/ *Annick M. Persinger*
                                         Annick M. Persinger